UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re EDWARD G. TAYLOR,                          Case No. 11-12040
                Debtor,                          Honorable Patrick J. Duggan
_____/
MICHAEL A. STEVENSON, TRUSTEE,                   Bankruptcy No. 10-52537
    Plaintiff/Appellee,                          Adversary Proceeding No. 10-6540
v.
EDWARD G. TAYLOR,
    Defendant/Appellant.
_____/

## JUDGMENT

This matter is before the Court as an appeal from the United States Bankruptcy Court for the Eastern District of Michigan. Defendant-Appellant Edward G. Taylor ("Debtor") appeals the Honorable Marci B. McIvor's April 25, 2011 order granting the complaint brought by Plaintiff-Appellee Michael A. Stevenson ("Trustee") to deny the Debtor's discharge pursuant to 11 U.S.C. § 727(a)(4)(A). In an Opinion and Order issued on this date, the Court affirmed the bankruptcy court's order.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff/Appellee's appeal is **DISMISSED WITH PREJUDICE**.

Date: October 26, 2011                            s/PATRICK J. DUGGAN
                                                      UNITED STATES DISTRICT JUDGE

Copies to:
Edward G. Taylor, Esq.
20700 Civic Center Drive
Suite 170
Southfield, MI  48076

John W. Nemecek, Esq.