UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re EDWARD G. TAYLOR,<br>　　　　　　　　　Debtor,<br>_____/<br>MICHAEL A. STEVENSON, TRUSTEE,<br>　　Plaintiff/Appellee,<br>v.<br>EDWARD G. TAYLOR,<br>　　Defendant/Appellant.<br>_____/ | Case No. 11-12040<br>Honorable Patrick J. Duggan<br><br>Bankruptcy No. 10-52537<br>Adversary Proceeding No. 10-6540 |

## **AMENDED JUDGMENT**

This matter is before the Court as an appeal from the United States Bankruptcy Court for the Eastern District of Michigan. Defendant-Appellant Edward G. Taylor ("Debtor") appeals the Honorable Marci B. McIvor's April 25, 2011 order granting the complaint brought by Plaintiff-Appellee Michael A. Stevenson ("Trustee") to deny the Debtor's discharge pursuant to 11 U.S.C. § 727(a)(4)(A). In an Opinion and Order issued on this date, the Court affirmed the bankruptcy court's order.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Defendant/Appellant's appeal is **DISMISSED WITH PREJUDICE**.

Date:  October 26, 2011　　　　　　　　　s/PATRICK J. DUGGAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Copies to:
Edward G. Taylor, Esq.
20700 Civic Center Drive
Suite 170
Southfield, MI  48076

John W. Nemecek, Esq.